**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **Joe Robey,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No.: 1:25-cv-12-JMS-MJD |
| | ) |
| **TrueAccord Corp.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## PLAINTIFF'S NOTICE OF SERVICE OF PROCESS

Comes now the Plaintiff, by counsel, and hereby files this Notice of Service of Process in the above-captioned action and, in support thereof, would show the Court the following:

1. On January 13, 2025, Defendant was served with the Summons and Complaint. *See Affidavit of Process Server attached hereto as Exhibit "1".*

Respectfully Submitted,

/s/ John T. Steinkamp
John T. Steinkamp, #19891-49
John Steinkamp & Associates
Attorney for Plaintiff
5214 S. East Street, Suite D1
Indianapolis, IN  46227
Office: (317) 780-8300
Fax: (317) 217-1320
john@johnsteinkampandassociates.com

## **Certificate of Service**

The undersigned attorney hereby certifies that a copy of the foregoing document was served on the following by e-mail and via US Mail, first class postage paid and/or via ECF on January 21, 2025.

TrueAccord Corp.
C/o Incorp Services, Inc., Registered Agent for Defendant
320 N Meridian Street, Suite 817
Indianapolis, IN 46204

                                             Respectfully Submitted,

                                             /s/ John Steinkamp
                                             John T. Steinkamp
                                             John Steinkamp & Associates
                                             5214 S. East Street, Suite D1
                                             Indianapolis, IN 46227
                                             Office: (317) 780-8300
                                             Fax: (317) 217-1320
                                             john@johnsteinkampandassociates.com