AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:25-CV-12 JMS-MJD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  **TrueAccord Corp**

was received by me on *(date)*  **01/08/2025**   .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  **JESSICA DEVINE** , who is

designated by law to accept service of process on behalf of *(name of organization)*

**TrueAccord Corp**    on *(date)*   **01/13/2025**   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  **0.00** .

I declare under penalty of perjury that this information is true.

Date:  **01/20/2025**

_____
*Server's signature*

**BETTY J. BEACH**
*Printed name and title*

**1820 PARK LN.**
**RICHMOND, IN 47374**

_____
*Server's address*

Additional information regarding attempted service, etc:

